```
 1  WILLIAM R. TAMAYO - #084965 (CA)
    JONATHAN T. PECK - #12303 (VA)
 2  MARCIA L. MITCHELL - #18122 (WA)
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 3  San Francisco District Office
    350 The Embarcadero, Suite 500
 4  San Francisco, CA 94105
    Telephone No. (415) 625-5651
 5  Fax No. (415) 625-5657
 6
    Attorneys for Plaintiff
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>CARL KARCHER ENTERPRISES, dba CARL'S JR. RESTAURANT<br><br>             Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br>Civil Rights<br>  – Employment Discrimination<br><br>**JURY TRIAL DEMAND** |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and to provide appropriate relief to Michal Galloway (nee Harris) and other similarly situated African-American and non-White employees who were adversely affected by such practices. As alleged below, defendant, Carl Karcher Enterprises, Inc. ("CKE, Inc") subjected Ms. Galloway and other similarly situated employees to a racially hostile work environment because of their race, non-White. In addition, CKE retaliated against Ms. Galloway by discharging her from her employment because she complained about the harassment.

COMPLAINT

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) of Title VII of the Civil Rights Act of 1964, as amended (Title VII), 42 U.S.C. §§2000e-5(f)(1), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within Sacramento County which is within the jurisdiction of the United States District Court for the Eastern District of California.

## INTRADISTRICT ASSIGNMENT

3. This case is appropriate for assignment to Sacramento because the unlawful employment practices alleged were and are being committed within Sacramento County.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§2000e-5(f)(1) and (3).

5. At all relevant times, Defendant, Carl Karcher Enterprises, Inc. dba Carl's Jr. Restaurants ("CKE" or "Defendant Employer"), has continuously been doing business in the State of California and the City of Sacramento and has continuously had at least fifteen employees.

6. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Michal Harris filed a charge of discrimination with the EEOC alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least July 2001, Defendant Employer has engaged in unlawful practices

COMPLAINT

its Sacramento, California job site in violation of section 703(a)(1) and Section 704(a) of Title VII, 42 U.S.C. §§2000e-2(a) and 2000e-3(a). These practices include subjecting Ms. Harris and other similarly situated non-White employees to racial harassment and to an offensive, abusive, intimidating and hostile work environment based on their race, non-White. The practices also include discharging Ms. Harris for complaining about the harassment.

9. The effect of the practices complained of above has been to deprive Ms. Harris and other similarly situated employees of equal employment opportunities and otherwise to adversely affect their status as employees because of their race, non-White.

10. The unlawful employment practices complained of above were and are intentional.

11. The unlawful employment practices complained of above were and are done with malice and/or reckless disregard for the federally protected rights of Ms. Harris and other similarly situated employees.

PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in racial harassment, race discrimination, retaliation and any other employment practice which discriminates on the basis of race.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for non-White employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Ms. Harris and other similarly situated employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including medical expenses, with interest, in amounts to be determined at trial.

D. Order Defendant Employer to make whole Ms. Harris and other similarly situated employees by providing compensation for past and future non-pecuniary losses caused

COMPLAINT

by the above unlawful conduct, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

  E. Order Defendant Employer to pay Ms. Harris and other similarly situated employees punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

  F. Grant such further relief as the Court deems proper.

  G. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

ERIC DRIEBAND
General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, DC 20507

Dated: 9/29/05

WILLIAM R. TAMAYO
Regional Attorney

Dated: 9/28/05

JONATHAN T. PECK
Supervisory Trial Attorney

Dated: 9/28/05

MARCIA L. MITCHELL
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5651

COMPLAINT