WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
MARCIA L. MITCHELL - #18122 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

Attorneys for Plaintiff

ROBERT L. WENZEL - SBN 97956
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 ~ (714) 826-5480
Facsimile: (562) 653-3333
Rwenzel@aalrr.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>CARL KARCHER ENTERPRISES, dba CARL'S JR. RESTAURANT<br><br>        Defendant. | CASE NO: 2:05-CV-01978 FCD PAN<br><br>ORDER ADOPTING CONSENT DECREE |

    The U.S. Equal Employment Opportunity Commission and Carl Karcher Enterprises, dba Carl's Jr. Restaurant filed a Consent Decree on December 6, 2005 setting forth terms for the resolution of this case.  This court, having reviewed the Consent Decree, has determined that the terms of the Consent Decree are acceptable.

Order Adopting Consent Decree
Case No. 2:05-CV-01978 FCD PAN

1 | Accordingly, IT IS HEREBY ORDERED THAT:

2 | 1. This Court adopts and incorporates by reference the Consent Decree and Exhibits
3 | as filed by the parties on December 6, 2005.

4 | DATED: December 13, 2005        /s/ Frank C. Damrell Jr.
5 | Honorable Frank C. Damrell Jr.
U.S. District Court Judge

Presented by:

/s/ Marcia Mitchell
Marcia L. Mitchell
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission